UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL NO. 03 CR 10021
v. )
) VIOLATIONS:
JACKSON BARROS )
) 21 U.S.C. §§ 841(a)(1) and 860(a)
) Distribution of Cocaine Base
) and Distribution of Cocaine
) Base Within 1000 Feet of a
  School

INDICTMENT

**COUNT ONE:**   (21 U.S.C. 841(a)(1) and 860(a) -- Distribution of Cocaine Base Within 1000 Feet of a School)

The Grand Jury charges that:

On or about January 15, 2002, at Boston, in the District of Massachusetts,

**JACKSON BARROS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

The Grand Jury further charges that this violation was within one thousand feet of a public elementary school, to wit, Mason Elementary School and Emerson Elementary School, and a vocational school, to wit, Community Academy.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C)(iii), and 860(a).




COUNT TWO:     (21 U.S.C. 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about August 6, 2002, at Boston, in the District of Massachusetts,

**JACKSON BARROS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii).

**COUNT THREE:**   (21 U.S.C.  841(a)(1) -- **Distribution of Cocaine Base**)

The Grand Jury further charges that:

On or about August 22, 2002, at Boston, in the District of Massachusetts,

**JACKSON BARROS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)(iii).

3

COUNT FOUR:    (21 U.S.C. 841(a)(1) and 860(a)-- Distribution of Cocaine Base Within 1000 Feet of a School)

The Grand Jury further charges that:

On or about September 19, 2002, at Boston, in the District of Massachusetts,

**JACKSON BARROS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack," a Schedule II controlled substance.

The Grand Jury further charges that this violation was within one thousand feet of a public elementary school, to wit, Mason Elementary School and Emerson Elementary School, and a vocational school, to wit, Community Academy.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C)(iii), and 860(a).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
Theodore B. Heinrich
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                     January 30, 2003, at

    Returned into the District Court by the Grand Jurors and 1:25
filed.                                                           p.m.

_____
Deputy Clerk

5